1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LAWS, ) | Case No. 05-CV-1989-H (JMA) |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| WAUSAU MORTGAGE CORPORATION, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    The Court convened a telephonic Case Management Conference on September 14, 2006 at 9:30 a.m.

    During the conference, counsel for Defendant Wausau Mortgage Corporation advised the Court that he had never received Plaintiff's initial disclosures, which were due on March 22, 2006.  Counsel for Plaintiff, who stated that the initial disclosures had been timely provided, agreed to immediately provide another copy of the disclosures, and any previous proof(s) of service attached to the disclosures, to Defendant's counsel, by facsimile, at the conclusion of the conference call.

//

    **IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **November 16, 2006** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

    **IT IS SO ORDERED.**

DATED: September 14, 2006

                                                    _____
                                                  Jan M. Adler
                                                  U.S. Magistrate Judge